(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 22-cv-20532-Altman/Reid

Juan A. Frias
3315 NW 96st, Miami FL, 33147

_____
Plaintiff(s)

v.

Social Security administration
1251 NW 36st
Miami FL 33142

_____
Defendant(s)

FILED BY _____ D.C.

FEB 22 2022

Complaint
_____
(TITLE OF DOCUMENT)

I, Juan A. Frias _____ plaintiff or defendant, in the above styled cause,

The Social Security administration is holding benefits for Case 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.

Requesting Benefits.

(Rev. 10/2002) General Document

---

**Certificate of Service**

I *Juan A. Frias* , certify that on this date *02/22/2022* a true copy

of the foregoing document was mailed to: _____
                                              name(s) and address(es)

_____

_____

By:

*Juan A. Frias*
Printed or typed name of Filer

_____
Florida Bar Number

_____
Phone Number

*3315 NW 96 st*
Street Address

*Miami FL, 33147*
City, State, Zip Code

*(signature)*
Signature of Filer

*Juan.Frias085@gmail.com*
E-mail address

_____
Facsimile Number